1040

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JAMES BUCHANAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–00209–7, Stanley Stone, J. Pro Tem., entered February 25, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Scholfield, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY RAE JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03475–2, David C. Hunter, J., entered April 6, 1982. *Reversed* and *dismissed* by unpublished opinion per Callow, J., concurred in by Williams and Ringold, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT SAMUEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01564–1, Robert M. Elston, J., entered September 29, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams and Ringold, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL FRANCIS SHEEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00464–9, James R. Thomas, J. Pro Tem., entered November 16, 1982. *Affirmed* by unpublished opinion per Corbett, A.C.J., concurred in by Swanson and Scholfield, JJ.